UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| SANDRA PARENT, in her capacity as Personal Representative of the ESTATE OF NEIL BEGIN,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION, ET AL.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)   Docket no. 1:11-cv-295-GZS<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER & REPORT OF CONFERENCE**

  In accordance with the Procedural Order (Docket # 16), the Court held a conference of counsel on January 25, 2012. Attorney Peter Kelly appeared for Plaintiff by telephone. Attorney Evan Roth appeared for Defendants U.S. Customs and Border Protection ("CBP") and U.S. Border Patrol Officers Robert Kipler and Rick Romann (the "CBP Officers"). Attorney William Fisher appeared for Defendants State of Maine and Robert Flynn. Following the Conference, the Court hereby ORDERS that the following procedure be followed in connection with Defendant's motion for summary judgment:

  On or before **February 22, 2012**, Defendants CBP and CBP Officers shall file motions for summary judgment (the "Motions"). The Government will file a motion for substitution as outlined in the December 13, 2011 Local Rule 56(h) Memorandum (Docket # 17) and further outlined by Attorney Roth at the conference and also file for summary judgment. Plaintiff shall file any objection to the Motions within 21 days of filing in accordance with Local Rule 7(b). Any reply shall be filed in accordance with Local Rule 7(c). Defendants' sought leave to exceed

the page limit, and the Court GRANTS Defendants' request to file Motions of no more than 30 pages.  Plaintiff is permitted to file an objection of no more than 30 pages.

The Court also expects the parties' filings will comply with all aspects of Local Rule 56. Attorney Roth indicated that he was prepared to file a statement of material facts of up to 30 paragraphs.  The Court encourages the parties to file stipulations of fact that could serve to streamline the parties' statements of material fact.  The Court welcomes joint stipulations of fact and reminds the parties that they are free to indicate that any such stipulations are admissions solely for purposes of the to-be-filed summary judgment Motions.  See D. Me. Local Rule 56(g).

In addition to any stipulations of fact, the Court urges the parties to consider submitting a single stipulated record of exhibits and deposition excerpts (if applicable) that all sides agree will be referenced in the statements of material facts.  The submission of a stipulated record does not prevent either side from submitting additional documents with their respective statement of material facts.

SO ORDERED.

      /s/ George Z. Singal
      United States District Judge

Dated this 25th day of January, 2012.