**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | | |
|---|---|---|
| **SANDRA PARENT, in her capacity as Personal Representative of the ESTATE OF NEIL BEGIN** | ) | |
| **v.** | ) | **Case No. 1:11-cv-295-GZS** |
| **U.S. CUSTOMS & BORDER PROTECTION, STATE OF MAINE, OFFICER ROBERT FLYNN, employee of the State of Maine, and U.S. Border Patrol Officers, Robert Kipler, and Rick Romann.** | ) | |

**CERTIFICATION OF SCOPE OF EMPLOYMENT**

I, Richard W. Murphy, Acting United States Attorney for the District of Maine under 28 C.F.R. § 0.136, acting pursuant to the provisions of 28 U.S.C. § 2679(d)(1) and (2), as amended by Public Law 100-694, and by virtue of the authority vested in me by 28 C.F.R. § 15.3 and 15.4, hereby certify that:

1. I have read the Complaint in this action, as well as other material provided to me regarding the claims made in this action.

2. On the basis of the information now available with respect to the allegations therein, I find that Agents Robert Kipler and Rick Romann were acting within the scope of their employment with the United States Customs and Border Patrol at all times relevant to the allegations made in the Complaint.

Dated: February 9, 2012

/s/ Richard W. Murphy
Acting United States Attorney